JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., ) | Case No.: EDCV 15-1181 DSF (DTBx) |
|         Plaintiff, ) | |
| v. ) | JUDGMENT |
| BANK OF AMERICA, N.A., et al., ) | |
|         Defendants. ) | |
| _____ ) | |

The Court having granted defendant Green Tree Servicing, LLC's motion to dismiss, having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice as to Green Tree Servicing, LLC, and that the action be dismissed without prejudice as to the other defendants.

Dated: 6/27/16 _____

                                                            Dale S. Fischer
                                                  United States District Judge